**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01950-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

DEMETRIUS THOMAS

      Applicant,

v.

TRAVIS TRANI, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

      Respondents.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCY

---

      Applicant, a Colorado state prisoner, has filed *pro se* an Application for a Writ of

Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1), a Motion and Affidavit for

Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a

Criminal Case (ECF No. 3), and a "Motion for Permission to Exceed Page Limit 25 pgs"

(ECF No. 4).  As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the

court has determined that the documents are deficient as described in this order.

Applicant will be directed to cure the following if he wishes to pursue his claims.  Any

papers that Applicant files in response to this order must include the civil action number

on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __      is not submitted
(2)   __      is missing affidavit
(3)   __      is missing certified copy of prisoner's trust fund statement for the 6-month

period immediately preceding this filing
(4)   \_\_    is missing certificate showing current balance in prison account
(5)   \_\_    is missing required financial information
(6)   \_\_    is missing authorization to calculate and disburse filing fee payments
(7)   \_\_    is missing an original signature by the prisoner
(8)   xx    is not on proper form
(9)   \_\_    names in caption do not match names in caption of complaint, petition or habeas application
(10)  \_\_    other: _____.

**Complaint, Petition or Application**:
(11)  \_\_    is not submitted
(12)  \_\_    is not on proper form
(13)  \_\_    is missing an original signature by the prisoner
(14)  \_\_    is missing page nos. \_\_\_
(15)  \_\_    uses et al. instead of listing all parties in caption
(16)  \_\_    names in caption do not match names in text
(17)  \_\_    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  \_\_    other: _____.

Accordingly, it is

ORDERED that Applicant cure the deficiency designated above **within thirty (30) days from the date of this order**.  Any papers that Applicant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Applicant shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

2

DATED July 15, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge