**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01950-BNB

DEMETRIUS THOMAS,

    Applicant,

v.

TRAVIS TRANI, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's motion (ECF No. 10) to supplement the amended application with additional claims is DENIED because Applicant may not litigate his claims in piecemeal fashion. If Applicant wishes to raise additional claims, he must file a motion to amend and tender to the court a proposed amended pleading that includes all of his claims for relief. Applicant's motion (ECF No. 11) to exceed the page limitation with respect to his amended application (ECF No. 12) is GRANTED.

Dated: September 3, 2014