IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01950-GPG

DEMETRIUS THOMAS,

    Applicant,

v.

TRAVIS TRANI, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

---

## ORDER

---

    As part of the preliminary consideration of the amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 12), the Court ordered Respondents to file a Pre-Answer Response limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies. Respondents have filed a Pre-Answer Response (ECF No. 20) and Applicant has filed a Reply to Pre-Answer Response (ECF No. 22). Respondents subsequently filed a Supplemental Pre-Answer Response (ECF No. 24) and Applicant filed a Supplemental Answer to Pre-Answer Response (ECF No. 25).

    In order for the Court to complete its review of the arguments raised by the parties, it is necessary to review the state court record. Accordingly, it is

    ORDERED that, **within twenty-one (21) days from the date of this order**, Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in El Paso County

District Court case number 2007CR308, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

(1) Clerk of the Court
El Paso County District Court
P.O. Box. 2980
Colorado Springs, Colorado 80901-2980; and

(2) Court Services Manager
State Court Administrator's Office
1300 Broadway, Suite 1200
Denver, Colorado  80203.

Dated:  April 7, 2015

BY THE COURT:

 s/Gordon P. Gallagher
United States Magistrate Judge