IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01950-GPG

DEMETRIUS THOMAS,

    Applicant,

v.

TRAVIS TRANI, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## ORDER TO SUPPLEMENT STATE COURT RECORD

On April 7, 2015, the Court issued an order directing Respondents to provide the complete record of the state court proceedings in El Paso County District Court case number 2007CR308, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  (*See* ECF No. 26).  On April 10, 2015, the El Paso County District Court submitted to this Court a CD that contains the hearing and trial transcripts from Applicant's state criminal proceeding and the state court file.  The state court record provided to the Court does not include a videotaped police interview of Tiana Campbell that was admitted at trial and played to the jury.  It appears that the videotaped police interview of Tiana Campbell is relevant to the Court's consideration of Applicant's claims.  Accordingly, it is

ORDERED that Respondents shall provide the Court with a copy of the videotaped police interview of Tiana Campbell **within fourteen (14) days of this**

**Order.**  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

(1) Clerk of the Court
El Paso County District Court
P.O. Box. 2980
Colorado Springs, Colorado 80901-2980; and

(2) Court Services Manager
State Court Administrator's Office
1300 Broadway, Suite 1200
Denver, Colorado  80203.

Dated:  May 11, 2015

BY THE COURT:

 s/Gordon P. Gallagher
United States Magistrate Judge