**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01950-LTB

DEMETRIUS THOMAS,

    Applicant,

v.

TRAVIS TRANI, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant's Motion for Extension of Time (ECF No. 42) filed July 27, 2015, is GRANTED as follows:  Applicant shall have up to and including **September 2, 2015**, to file a reply, if any.  Applicant's Motion for Appointment of Counsel (ECF No. 34) filed June 1, 2015, and his Motion for Leave of Court to Conduct Discovery (ECF No. 35) filed June 2, 2015, are DENIED.

Dated:  July 28, 2015