IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01950-LTB

DEMETRIUS THOMAS,

    Applicant,

v.

TRAVIS TRANI, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## ORDER

This matter is before the Court on the Request for Certificate of Appealability (ECF No. 49) and the Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action (ECF No. 50) filed November 19, 2015, by Applicant, Demetrius Thomas.   The Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action will be granted.   The Request for Certificate of Appealability will be denied because the Court previously determined there is no basis on which to issue a certificate of appealability in this action.   Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action (ECF No. 50) is granted.   It is further

ORDERED that the Request for Certificate of Appealability (ECF No. 49) is denied.

DATED December 3, 2015.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK
United States District Judge